United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 24, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 04-20704

WILLIE WILLIAMS, III,

Plaintiff-Appellant,

versus

HERTZ CORP.,

Defendant-Appellee.

Appeal from the United States District Court
For the Southern District of Texas

(USDC No. 4:03-CV-1647)

Before HIGGINBOTHAM, BARKSDALE, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

   We affirm for essentially the reasons stated by the district court.

   AFFIRMED.

---

   [*] Pursuant to 5ᵀᴴ CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.